STATE OF NEW JERSEY v. JOSEPH BROWN.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ARTHUR WARD.

July 2, 1982.

Petition for certification denied.

ROBERT CAROTA v. ANNE PEREZ.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL EDWARDS.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR TRIPLETT.

July 2, 1982.

Petition for certification denied.